No. 70–6. SWARB ET AL. *v.* LENNOX ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, 401 U. S. 991.] Motion of Pennsylvania Credit Union League for leave to participate in oral argument as *amicus curiae* denied. Motion of Pennsylvania Bankers Assn. for leave to file a brief as *amicus curiae* granted.

No. 70–9. YOUNGER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. *v.* GILMORE ET AL. Appeal from D. C. N. D. Cal. [Probable jurisdiction postponed, 401 U. S. 906.] Motion of appellees for appointment of counsel granted. It is ordered that John E. Wahl, Esquire, of San Francisco, California, be, and he is hereby, appointed to serve as counsel for appellees in this case.

No. 70–19. UNITED STATES *v.* MARION ET AL. Appeal from D. C. D. C. [Probable jurisdiction postponed, 401 U. S. 934.] Motion of appellee Cratch for leave to proceed *in forma pauperis* granted. Motion of National Association of Criminal Defense Lawyers for leave to participate in oral argument as *amicus curiae* denied.

No. 70–34. SIERRA CLUB *v.* MORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. [Certiorari granted, 401 U. S. 907.] Motion of American National Cattlemen's Assn. et al. for leave to file a brief as *amici curiae* granted. Motion of petitioner for additional time for oral argument denied.

No. 70–47. DIFFENDERFER ET AL. *v.* CENTRAL BAPTIST CHURCH OF MIAMI, FLORIDA, INC., ET AL. Appeal from D. C. S. D. Fla. [Probable jurisdiction noted, 401 U. S. 934.] Motion of appellant Diffenderfer for additional time for oral argument denied.

No. 70–54. VICTORY CARRIERS, INC., ET AL. *v.* LAW. C. A. 5th Cir. [Certiorari granted, 401 U. S. 936.] Motion of National Maritime Compensation Committee for leave to file an untimely brief as *amicus curiae* denied.